```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MICHAEL PEREZ,                                               :
                                        Plaintiff,           :
                                                             :         21 Civ. 11168 (LGS)
                  -against-                                  :
                                                             :                ORDER
BUYK CORP. et al.,                                           :
                                        Defendants.          :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated January 31, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is currently scheduled for March 23, 2022, at 4:00 P.M.;

    WHEREAS, Defendant Buyk Corp. filed a suggestion of bankruptcy triggering the automatic bankruptcy stay as to that Defendant, and Defendant Food Start Inc. has not appeared;

    WHEREAS, Plaintiff has not filed any proof of service on the docket;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that, as the case is stayed as to Defendant Buyk Corp. pending resolution of Defendant Buyk Corp.'s bankruptcy proceeding, Plaintiff shall file periodic letters every 45 days regarding the status of the bankruptcy proceeding.  It is further

    **ORDERED** that if Plaintiff has been in communication with Defendant Food Start Inc., then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 22, 2022**, at **noon**.  If Plaintiff has not been in communication with Defendant Food Start Inc., Plaintiff shall file a status letter regarding Plaintiff's efforts to serve Defendant Food Start Inc. and request an adjournment of the initial conference as soon as

possible and no later than **March 22, 2022**, at **noon**.

Dated: March 21, 2022
      New York, New York

                                    **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**