UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL PEREZ,  :
                     Plaintiff,  :
                     :      21 Civ. 11168 (LGS)
      -against-  :
                     :          ORDER
BUYK CORP., et al.,  :
                Defendants,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff's deadline to move for default judgment and file the default judgment papers was May 12, 2022;

      WHEREAS, Plaintiff moved for default judgment and filed the default judgment papers on May 12, 2022;

      WHEREAS, the proposed default judgment was deficient.  It is hereby

      ORDERED that Plaintiff shall refile the default judgment papers by May 23, 2022.

Dated: May 19, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**