UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL PEREZ,                                :
                      Plaintiff,      :
                                  :      21 Civ. 11168 (LGS)
         -against-                   :
                                  :          <u>ORDER</u>
BUYK CORP., et al.,                          :
                     Defendants,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 24, 2022, the Order to Show Cause for Default Judgment was entered, and a Show Cause Hearing (the "Show Cause Hearing") was scheduled for July 20, 2022.

WHEREAS, Defendant Food Start Inc. has appeared in the action. It is hereby

**ORDERED** that, by **July 20, 2022**, the parties shall confer and file a letter stating whether they agree to proceed with the default judgment motion. If Plaintiff does not seek to proceed with the motion as to Defendant Food Start Inc. or Defendant Buyk Corp., the parties shall file the joint letter and the proposed case management plan ordered at Dkt. No. 6, by August 3, 2022. It is further

**ORDERED** that, by **July 20, 2022**, if the parties do not agree about whether to proceed with the default judgment motion, Defendant shall file a letter motion to vacate the certificate of default, not to exceed three pages. Plaintiff shall respond by July 22, 2022. It is further

**ORDERED** that the Show Cause Hearing scheduled for July 20, 2022, is **ADJOUREND** to **July 27, 2022, at 5:00 P.M.** It is further

**ORDERED** that Plaintiff shall serve this Order on Defendant Buyk Corp. via FedEx or other overnight mail by July 19, 2022.

Dated: July 18, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE