UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MICHAEL PEREZ,
                           Plaintiff,

            -against-

BUYK CORP., et al.,
                         Defendants.
------------------------------------------------------------X

21 Civ. 11168 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 22, 2022, required the parties to file a proposed case management plan and joint letter by August 10, 2022;

WHEREAS, the initial pretrial conference is currently scheduled for August 17, 2022, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan;

WHEREAS, Defendant Buyk Corp.'s bankruptcy proceedings are ongoing.  It is hereby

**ORDERED** Plaintiff and Defendant Food Start Inc. shall file a joint letter and proposed case management plan as soon as possible and no later than **August 12, 2022, at 12:00 P.M.**

Dated: August 11, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE