```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MICHAEL PEREZ,                                               :
                                   Plaintiff,                :
                                                             :     21 Civ. 11168 (LGS)
           -against-                                         :
                                                             :            ORDER
BUYK CORP., et al.,                                          :
                                   Defendants.               :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 12, 2022, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

**ORDERED** that, by **September 2, 2022**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that all conferences are **CANCELED**; it is further

**ORDERED** that, by **August 19, 2022**, Plaintiff shall file a letter regarding the status of any remaining issues against Defendant Buyk Corp. that require further litigation.

Dated: August 15, 2022
      New York, New York

                                                    LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE