UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                    :
MICHAEL PEREZ,                                      :
                                Plaintiff,          :
                                                    :          21 Civ. 11168 (LGS)
                    -against-                        :
                                                    :          ORDER
BUYK CORP., et al.,                                 :
                                Defendants.         :
                                                    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated August 15, 2022, required Plaintiff to file a letter, by August

19, 2022, regarding the status of any remaining issues against Defendant Buyk Corp. that require

further litigation;

        WHEREAS, Plaintiff failed to submit the letter.  It is hereby

        **ORDERED** that, by **August 26, 2022**, Plaintiff shall file the letter.

Dated: August 23, 2022
        New York, New York


                                LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE